IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CV-161-D

| | |
|---|---|
| WILHELMINA ALSTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| Commissioner of the Social Security ) | |
| Administration, ) | |
| ) | |
| Defendant. ) | |

On March 29, 2012, Magistrate Judge Daniel issued a memorandum and recommendation ("M&R") [D.E. 37]. In the M&R, Judge Daniel recommended that the court deny Wilhelmina Alston's ("Alston" or "plaintiff") motion for judgment on the pleadings [D.E. 33] and grant Michael J. Astrue's ("Commissioner" or "defendant") motion for judgment on the pleadings [D.E. 34]. Neither party objected to the M&R.

"The Federal Magistrates Act requires a district court to make a de novo determination of those portions of the [magistrate judge's] report or specified proposed findings or recommendations to which objection is made." Diamond v. Colonial Life & Accident Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (alteration in original) (emphasis and quotation omitted); see 28 U.S.C. § 636(b). Absent a timely objection, "a district court need not conduct a de novo review, but instead must only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Diamond, 416 F.3d at 315 (quotation omitted).

The court has reviewed the M&R and the record. The court is satisfied that there is no clear error on the face of the record. Therefore, the court adopts the M&R [D.E. 37]. The court GRANTS

the Commissioner's motion for judgment on the pleadings [D.E. 34], DENIES Alston's motion for judgment on the pleadings [D.E. 33], and AFFIRMS the Commissioner's final decision.

SO ORDERED. This __1__ day of May 2012.

*[signature]*
JAMES C. DEVER III
Chief United States District Judge