AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**WESTERN DIVISION**

| | |
|---|---|
| WILHELMINA ALSTON,<br>    Plaintiff,<br><br>v.<br><br><br>MICHAEL J. ASTRUE,<br>*Commissioner of the Social*<br>*Security Administration,*<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)  **JUDGMENT IN A CIVIL CASE**<br>)  **CASE NO. 5:11-CV-161-D**<br>)<br>)<br>) |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court adopts the Memorandum and Recommendations [D.E. 37], GRANTS the Commissioner's Motion for Judgment on the Pleadings [D.E. 34], DENIES Plaintiff Alston's Motion for Judgment on the Pleadings [D.E. 33], and AFFIRMS the Commissioner's final decision.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **May 1, 2012,** WITH A COPY TO:

Kimberly Dianne Blackwell  (via CM/ECF Notice of Electronic Filing)
Mary Ellen Russell (via CM/ECF Notice of Electronic Filing)


May 1, 2012                                      JULIE A. RICHARDS, Clerk
Date                                                  Eastern District of North Carolina

                                                           /s/Debby Sawyer
                                                           (By) Deputy Clerk

Raleigh, North Carolina